IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RANDY WARREN,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Civil Action No. 3:13-CV-4185-M-BF | |
| § | | |
| **MORTGAGE ELECTRONIC** § | | |
| **REGISTRATION SYSTEMS, INC. AND** § | | |
| **AMERICAN BROKERS CONDUIT** § | | |
| § | | |
| **Defendants.** § | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss Plaintiff's First Amended Petition and Brief in Support of Same,* filed October 23, 2013 (doc. 6), is **GRANTED**. By separate judgment, all of Plaintiff's claims against Mortgage Electronic Registration Systems, Inc. will be **DISMISSED with prejudice**. Plaintiff's claims against American Brokers Conduit will also be *sua sponte* **DISMISSED with prejudice**.

**SIGNED** this 17th day of September, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS